UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61042-CIV-COHN/SELTZER

JO ANN UNSER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
    _____/

## ORDER GRANTING PETITION FOR ATTORNEY'S FEES

**THIS CAUSE** is before the Court upon Plaintiff's Petition for Attorney's Fees Pursuant to 28 U.S.C. § 2412(d) [DE 22], Defendant's Response thereto [DE 23], and Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees Under the Social Security Act [DE 21].  The Court has carefully considered the motions and is otherwise fully advised in the premises.

    Plaintiff seeks $2,204.09 in attorney's fees pursuant to the Equal Access to Justice Act after a remand of his claim for social security benefits to the Commissioner of Social Security.  Defendant does not oppose the amount of fees, nor that the fees be made payable to Plaintiff's counsel, as requested by Plaintiff.  Plaintiff has included an assignment of any fee award from Plaintiff to counsel.  However, the Court does not decide whether the assignment prevents the United States Department of Treasury from applying the EAJA payment to offset a debt owed by Plaintiff in accordance with 31

C.F.R. § 285.5(e)(6)(ii).[1]

Plaintiff has also filed a motion for an extension of time in which to seek attorney's fees on any award to Plaintiff on remand of any past due benefits. This motion is unopposed.

Accordingly it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Petition for Attorney's Fees [DE 22] is hereby **GRANTED**;

2. The Court shall separately enter judgment for Plaintiff in the amount of $2,204.09 in attorney's fees, to be made payable to Lilli W. Marder, Esq.;

3. Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees Under the Social Security Act [DE 21] is hereby **GRANTED**, and Defendant shall file a Notice with the Court of the amount of past due benefits awarded to Plaintiff. Plaintiff's motion for attorney's fees is due 30 days after receipt of that Notice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of January, 2010.

_____
JAMES I. COHN
United States District Judge

cc:   Lilli Marder, Esquire
      Stephanie I.R. Fidler, AUSA

---

[1] An issue that may be decided this term by the United States Supreme Court in Astrue v. Ratliff, U.S. Supreme Court Docket No. 08-1322.